DARYL G. PARKER (CA Bar No. 47048)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: dparker@pszjlaw.com

DAVID T. MALOOF
MALOOF BROWNE & EAGAN LLC
411 Theodore Fremd Avenue, Suite 190
Rye, New York 10580
Telephone: 914/921-1200
Facsimile: 914/921-1023
E-mail: dmaloof@maloofandbrowne.com

Attorney for Plaintiffs

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPONKOA INSURANCE COMPANY LTD. and CHUBB INSURANCE COMPANY OF CANADA,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FRONTLINE CARRIER SYSTEMS, INC., PANNU TRANSPORT SERVICES, LTD., and FRONTLINE CARRIER USA, INC.,<br><br>　　　　　　Defendants.<br>_____<br>PANNU TRANSPORT SERVICES, LTD.,<br><br>　　　　　　Cross-Claimant,<br><br>　　vs.<br><br>FRONTLINE CARRIER SYSTEMS, INC., and FRONTLINE CARRIER USA, INC.,<br><br>　　　　　　Cross-Defendants.<br><br>AND RELATED CROSS-ACTIONS. | SACV 08-758 JVS (RNBx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE SUBJECT TO RE-FILING**<br><br><br>Courtroom: 10C<br>　　　　　Hon. James V. Selna |

- 1 -

Order for Dismissal with Prejudice Subject to Re-Filing

1  The parties having represented to the Court that this matter has been settled, and
2  having stipulated to a dismissal of the entire action subject to re-filing if the settlement
3  is not consummated,

4  NOW, THEREFORE, IT IS ORDERED AS FOLLOWS:

5  This action is dismissed with prejudice in its entirety, including all Cross-
6  Claims, subject to the right of any party to re-open the action by application filed with
7  this Court within thirty (30) days of the date of entry of this Order if the settlement is
8  not consummated.

10  Dated: June 1, 2009
    _____
    United States District Judge

12  SUBMITTED BY:

13  DARYL G. PARKER
    PACHULSKI STANG ZIEHL & JONES LLP
14     and
    DAVID MALOOF BROWNE & EAGAN LLC

16  By: */s/ Daryl G. Parker*
         Daryl G. Parker
17  Attorney for Plaintiffs

18  MICHAEL J. CUMMINS
    GIBSON ROBB & LINDH LP
19
20  By: */s/ Michael J. Cummins*
         Michael J. Cummins
21  Attorney for Defendant and Cross-
    Defendant FRONTLINE CARRIER
    SYSTEMS, INC.

22
23  CAMERON W. ROBERTS
    ROBERTS & KEHAGIARAS LLP

24  By: */s/ Cameron W. Roberts*
         Cameron W. Roberts
25  Attorneys for Defendant and Cross-
    Claimant FRONTLINE CARRIER
26  USA, INC.

1  STEVEN R. PARMINTER
   I-HSIU LISA CHEN
2  BEATA SHAPIRO
   WILSON, ELSER, MOSKOWITZ,
3      EDELMAN & DICKER LLP

4  By: */s/ Steven R. Parminter*
           Steven R. Parminter
5  I-Hsiu Lisa Chen
   Beata Shapiro
6  Attorneys for Defendant and Cross-
   Claimant PANNU TRANSPORT
7  SERVICES, LTD.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

54457-009\DOCS_LA:202917.1            - 3 -
Order for Dismissal with Prejudice Subject to Re-Filing

# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

    I, Nancy H. Brown, am employed in the city and county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067-4100.

    On May 29, 2009, I caused to be served the **[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE SUBJECT TO RE-FILING** in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*See Attached Service List*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☑ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

☐ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown.  The transmission was reported as complete and without error.  (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☐ (BY OVERNIGHT DELIVERY) By sending by                    to the addressee(s) as indicated on the attached list.

    I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

    Executed on May 29, 2009, at Los Angeles, California.

                                                  */s/ Nancy H. Brown*
                                                Nancy H. Brown

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# SERVICE LIST

**Case No. 08 CV-758 JVS (RNBx)**

| | |
|---|---|
| Michael J. Cummins, Esq.<br>Joshua A. Southwick, Esq.<br>Gibson Robb and Lindh<br>100 First Street, 27th Floor<br>San Francisco, CA 94105<br>   *Facsimile: 415/348-6001*<br>   *Email: mcummins@gibsonrobb.com*<br>       *jsouthwick@gibsonrobb.com* | Attorneys for Frontline Carrier Systems, Inc. |
| Beata Shapiro, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>177 Broad Street, 6th Floor<br>Stamford, CT 06901<br>   *Facsimile: 203/388-9101*<br>   *Email: beata.shapiro@wilsonelser.com* | Attorneys for Pannu Transport Services, Ltd. |
| Steven R. Parminter, Esq.<br>I-Hsiu Lisa Chen, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>555 South Flower Street, Suite 2900<br>Los Angeles, CA 90071<br>   *Facsimile: 213/443-5101*<br>   *Email: steven.parminter@wilsonelser.com*<br>       *lisa.chen@wilsonelser.com* | |
| Cameron W. Roberts, Esq.<br>Andrew D. Kehagiaras, Esq.<br>Roberts and Kehagiaras LLP<br>5777 West Century Boulevard, Suite 1410<br>Los Angeles, CA 90045<br>   *Facsimile: 310/868-2923*<br>   *Email: cwr@tradeandcargo.com*<br>       *adk@tradeandcargo.com* | Attorneys for Frontline Carrier USA Inc. |
| David T. Maloof, Esq.<br>Thomas M. Eagan, Esq.<br>William T. Curran, Esq.<br>Maloof Browne & Eagan LLC<br>411 Theodore Fremd Avenue, Suite 190<br>Rye, NY 10580<br>   *Facsimile: 914/921-1023*<br>   *E-mail: dmaloof@maloofandbrowne.com*<br>       *teagan@maloofandbrowne.com*<br>       *wcurran@maloofandbrowne.com* | Attorneys for Plaintiff |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**SERVICE LIST FOR ENTERED ORDER**

Nipponkoa v. Frontline
USDC C.D. Cal. No. 08 CV-758 JVS (RNBx)

| **VIA EMAIL** | |
|---|---|
| Daryl G. Parker<br>dparker@pszjlaw.com | |
| David T. Maloof, Esq.<br>dmaloof@maloofandbrowne.com | |
| William T. Curran, Esq.<br>wcurran@maloofandbrowne.com | |
| Michael J. Cummins<br>mcummins@gibsonrobb.com | |
| Joshua A. Southwick, Esq.<br>jsouthwick@gibsonrobb.com | |
| Beata Shapiro, Esq.<br>beata.shapiro@wilsonelser.com | |
| Steven R. Parminter, Esq.<br>steven.parminter@wilsonelser.com | |
| I-Hsiu Lisa Chen, Esq.<br>lisa.chen@wilsonelser.com | |
| Cameron W. Roberts, Esq.<br>cwr@tradeandcargo.com | |
| Andrew D. Kehagiaras, Esq.<br>adk@tradeandcargo.com | |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA